1  JOSEPH T. MCNALLY
   Acting United States Attorney
2  DAVID T. RYAN
   Assistant United States Attorney
3  Chief, National Security Division
   REEMA EL-ALMAMY (Cal. Bar No. 237743)
4  Assistant United States Attorney
   Terrorism and Export Crimes Section
5     1500 United States Courthouse
      312 North Spring Street
6     Los Angeles, California 90012
      Telephone: (213) 894-0552
7     Facsimile: (213) 894-0140
      E-mail:    Reema.El-Almamy@usdoj.gov
8
   Attorneys for Applicant
9  UNITED STATES OF AMERICA

10                    UNITED STATES DISTRICT COURT

11                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13  IN RE: WRIT OF HABEAS CORPUS AD PROSEQUENDUM | No. 2:24-cr-00570

14  | GOVERNMENT'S NOTICE OF WITHDRAWAL OF DOCUMENTS NO. 956 AND 957

15  | **(UNDER SEAL)**

16

17      PLEASE TAKE NOTICE THAT applicant United States of America, by

18  and through its counsel of record, the United States Attorney for the

19  Central District of California and Assistant United States Attorney

20  Reema el-Almamy, hereby withdraws its MOTION FOR WRIT OF HABEAS

21  CORPUS AD PROSEQUENDUM,

22  //

23  //

24  //

25  //

26  //

27

28

WRIT OF HABEAS CORPUS, and ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS, filed on February 16, 2025 at documents number 956 and 957 under case number 2:24-cr-00570.

Dated: February 18, 2025

Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney

DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division

/s/
REEMA EL-ALMAMY
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA